IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARVIN PROCHASKA,

        Plaintiff,

    v.

MENARD, INC.,

        Defendants.

ORDER

10-cv-686-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455(b)(4).

Entered this 30th day of November, 2011.

BY THE COURT:

/s/ William M. Conley
WILLIAM M. CONLEY
District Judge

1