IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARVIN PROCHASKA,

                Plaintiff,

    v.

MENARD, INC.,

                Defendant.

AMENDED ORDER

10-cv-686-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455(a).

Entered this 1st day of December, 2011.

BY THE COURT:

WILLIAM M. CONLEY
District Judge

1